## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher C. Tindell<br>      aka Christopher C. Tindell, Sr.<br><br>      <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-24237 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

      Respectfully submitted,

      **/s/James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      Attorney I.D. No. 42524
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      412-430-3594
      jwarmbrodt@kmllawgroup.com