**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher C. Tindell | ) | Case No. 18-24237 CMB |
| aka Christopher C. Tindell, Sr., | ) | Chapter 13 |
| Debtor(s) | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Christopher C. Tindell | ) | |
| aka Christopher C. Tindell, Sr., | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules and for noticing purposes.

Beaver County Area School District
c/o Berkheimer
50 North 7th St.
Bangor, PA 18013-1798

Beaver SD/Brighton Township
103 S. Duffy Road
Butler, PA 16001

Humphrey Transportation Compliance, LLC
PO Box 482
Holland, OH 43528

Mantis Funding, LLC
64 Beaver Street
New York, NY 10004

Cresthill Capital LLC
Attn: Philip Scaglione
315 Madison Avenue, Suite 4026
New York, 10017-0000

Nationwide Insurance
c/o Credit Collection Services
PO Box 607
Norwood, MA 02062-0000

                              By:

January 23, 2019                /s/ Christopher M. Frye
DATE                              Christopher M. Frye, Esquire
                                      Attorney for the Debtor(s)

                              STEIDL & STEINBERG
                              Suite 2830 – Gulf Tower
                              707 Grant Street
                              Pittsburgh, PA  15219
                              (412) 391-8000
                              chris.frye@steidl-steinberg.com
                              PA I.D. No. 208402