IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher C. Tindell | ) | Case No. 18-24237 CMB |
| aka Christopher C. Tindell, Sr., | ) | Chapter 13 |
|     Debtor(s) | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Christopher C. Tindell | ) | |
| aka Christopher C. Tindell, Sr., | ) | |
|     Movant(s) | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

### CERTIFICATE OF SERVICE OF AMENDMENT TO SCHEDULE F AND 341 MEETING OF CREDITORS NOTICE

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) January 23, 2019

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Beaver County Area School District
c/o Berkheimer
50 North 7th St.
Bangor, PA 18013-1798

Beaver SD/Brighton Township
103 S. Duffy Road
Butler, PA 16001

Humphrey Transportation Compliance, LLC
PO Box 482
Holland, OH 43528

Mantis Funding, LLC
64 Beaver Street
New York, NY 10004

Cresthill Capital LLC
Attn: Philip Scaglione
315 Madison Avenue, Suite 4026
New York, 10017-0000

Nationwide Insurance
c/o Credit Collection Services
PO Box 607
Norwood, MA 02062-0000

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Christopher C. Tindell
3400 Tuscarawas Road
Beaver, PA 15009

                                                Respectfully submitted,

January 23, 2019                            /s/ Christopher M. Frye
DATE                                                Christopher M. Frye, Esquire
                                                        Attorney for the Debtor(s)

                                                        STEIDL & STEINBERG
                                                        Suite 2830 – Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 391-8000
                                                        chris.frye@steidl-steinberg.com
                                                        PA I.D. No. 208402