# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | CHRISTOPHER C. TINDELL |
| Case Number: | 18-24237-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 23, 2019 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/29/19 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#5 - Final Confirmation of Plan Dated 10/25/2018 (NFC)
R / M #:  5 / 0

**Appearances:**

Debtor: A. Steidl
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*[handwritten: Still missing Corp returns for 2015-2017 Partnership (LLC) for 2015-2017]*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to **8/8/19** at **2:30 pm**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten: Con't for unfiled returns should be filed in next 60 days]*

*[handwritten: Requested 2018 returns be provided if filed. If not, provide 2018 & year to date P&Ls & Balance sheets]*

5/15/2019  3:23:54PM