**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 18-24237-CMB**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 13**
**Christopher C. Tindell,**

　　**Debtor.**

　　_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

　　　　　　　　　　　　　　　　　　　　RAS Citron, LLC
　　　　　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　　　　　130 Clinton Road, Suite 202
　　　　　　　　　　　　　　　　　　　　Fairfield, NJ 07004
　　　　　　　　　　　　　　　　　　　　Telephone: 973-575-0707
　　　　　　　　　　　　　　　　　　　　Facsimile: 973-404-8886
　　　　　　　　　　　　　　　　　　　　By: /s/Ashlee Fogle
　　　　　　　　　　　　　　　　　　　　Ashlee Fogle, Esquire
　　　　　　　　　　　　　　　　　　　　Email: afogle@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 24, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CHRISTOPHER M. FRYE
STEIDL & STEINBERG
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

CHRISTOPHER C. TINDELL
3400 TUSCARAWAS ROAD
BEAVER, PA 15009

        RAS Citron, LLC
        Authorized Agent for Secured Creditor
        130 Clinton Road, Suite 202
        Fairfield, NJ 07004
        Telephone: 973-575-0707
        Facsimile: 973-404-8886
        By: /s/Ashlee Fogle
        Ashlee Fogle, Esquire
        Email: afogle@rascrane.com