## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | CHRISTOPHER C. TINDELL |
| Case Number: | 18-24237-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 08, 2019 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/12/19 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#5 - Continued Confirmation of Plan Dated 10/25/2018 (NFC)
R / M #:  5 / 0

*Appearances:*

Debtor: J Steidl
Trustee: Winnecour / Pail / Katz / **DeSimone**

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  10-3-19  at  1:30  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Cont. for biz docs, op reports

7/31/2019   1:12:55PM