# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br><br>Christopher C. Tindell<br>aka Christopher C. Tindell, Sr.<br>      Debtor<br><br>U.S. Bank National Association<br>      Movant,<br>v.<br>Christopher C. Tindell<br>aka Christopher C. Tindell, Sr.<br>      Debtor/Respondent<br><br>Ronda J. Winnecour, Esquire<br>      Trustee/Respondent | Bankruptcy No. 18-24237-CMB<br><br>Chapter 13<br><br><br><br>**Hearing Date: November 6, 2019**<br>**Hearing Time: 11:00 am**<br>**Location: Courtroom B, 54th Floor**<br>**U.S. Steel Tower**<br>**600 Grant Street**<br>**Pittsburgh, PA 15219** |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
### U.S. BANK N.A.'s MOTION FOR RELIEF FROM STAY

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion **by no later than October 15, 2019,** in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

      A hearing will be held on **November 6, 2019, at 11:00a.m., before Chief Judge Carlota M. Bohm in Courtroom B, on the 54th Floor U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: September 26, 2019

                                              Respectfully Submitted,

                                              **RAS CITRON, LLC**

                                  By: /s/  Lauren B. Karl
                                       Lauren Berschler Karl, Esquire
                                       Bar ID: 88209
                                       P.O. Box 305
                                       Ingomar, PA 15127
                                       973-575-0707 X 1340
                                       Email:lkarl@rascrane.com