# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | CHRISTOPHER C. TINDELL |
| Case Number: | 18-24237-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 03, 2019 01:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/9/19 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#5 - Continued Confirmation of Plan Dated 10/25/2018 (NFC)
R / M #:  5 / 0

*Appearances:*

Debtor: J. Steidl

Trustee: Winnecour / Pai / Katz / DeSimone

Creditor:

*[handwritten: Con't for information]*

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  12/5/19  at  3:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/26/2019  9:36:30AM