# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br><br>Christopher C. Tindell<br>aka Christopher C. Tindell, Sr.<br>    Debtor<br><br>US Bank N.A.<br>    Movant,<br>v.<br>Christopher C. Tindell<br>aka Christopher C. Tindell, Sr.<br>    Debtor/Respondent<br><br>Ronda J. Winnecour, Esquire<br>    Trustee/Respondent | Bankruptcy No. 18-24237-CMB<br><br>Chapter 13<br><br>Hearing Date: November 6, 2019<br>Hearing Time: 11:00 am<br>Location: Courtroom B, 54th Floor<br>U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

## CERTIFICATE OF NO RESPONSE
## AND REQUEST FOR ENTRY OF ORDER

**U.S. BANK NATIONAL ASSOCIATION**, a Secured Creditor ("Movant"), filed a Motion for Relief from Stay on September 26, 2019 (DE #32), pursuant to Local Rule 9013-3. Movant hereby represents:

1. The motion and proposed order wer timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the motion.

2. The motion contained the bulletin required by the referenced rule.

3. The deadline for response to the motion was October 15, 2019.

4. No objections to or requests for hearing on the motion have been received, and as of November 4, 2019, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been filed.


19-364806 - KeB



**WHEREFORE**, Movant seeks the entry of an Order, in the form which accompanies this certificate, granting the requested relief.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the WESTERN District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

RESPECTFULLY SUBMITTED THIS 4th day of November, 2019.

                    **RAS Citron, LLC**
                    130 Clinton Road, Suite 202
                    Fairfield, NJ 07004
                    Telephone No.: 470-321-7112 x 221
                    Fax: 404-393-1425
                    By: /s/ Kevin Buttery
                    Kevin M. Buttery Esquire
                    Bar ID: 319438
                    Email: kbuttery@rascrane.com

19-364806 - KeB

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Christopher C. Tindell**<br>**aka Christopher C. Tindell, Sr.**<br>     **Debtor**<br><br>**US Bank N.A.**<br>     **Movant,**<br>**v.**<br>**Christopher C. Tindell**<br>**aka Christopher C. Tindell, Sr.**<br>     **Debtor/Respondent**<br><br>**Ronda J. Winnecour, Esquire**<br>     **Trustee/Respondent** | **Bankruptcy No. 18-24237-CMB**<br><br>**Chapter 13**<br><br>Hearing Date: November 6, 2019<br>Hearing Time: 11:00 am<br>Location: Courtroom B, 54th Floor<br>U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

**Certificate of Service**

This Certificate of no response was properly served upon the following individuals on 11/4/2019.

Christopher M. Frye, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Christopher C. Tindell, Esquire
3400 Tuscarawas Road
Beaver, PA 15009

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970

19-364806 - KeB

Pittsburgh, PA 15222

        **RAS Citron, LLC**
        130 Clinton Road, Suite 202
        Fairfield, NJ 07004
        Telephone No.: 470-321-7112 x 221
        Fax: 404-393-1425
        By: /s/ Kevin Buttery
        Kevin M. Buttery Esquire
        Bar ID: 319438
        Email: kbuttery@rascrane.com

19-364806 - KeB