# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br><br>**Christopher C. Tindell**<br>aka Christopher C. Tindell, Sr.<br>     Debtor<br><br>**U.S. Bank National Association**<br>     Movant,<br>v.<br>**Christopher C. Tindell**<br>aka Christopher C. Tindell, Sr.<br>     Debtor/Respondent<br><br>**Ronda J. Winnecour, Esquire**<br>     Trustee/Respondent | Bankruptcy No. 18-24237-CMB<br><br>Chapter 13<br><br>Related to: Document No. 32<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this 6th day of November, 2019, upon consideration of U.S. Bank, National Association.'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to U.S. Bank National Association; and it is further

ORDERED, that U.S. Bank National Association., its successors and/or assigns be entitled to proceed with appropriate state court remedies against the 2016 Chevrolet Tahoe, VIN: 1GNSKBKC5GR105846, ~~and it is further~~

~~ORDERED that U.S. Bank National Association request to waive the 14-day stay period pursuant to~~
~~Fed. R. Bankr. P. 4001(a)(3) is granted~~.

BY THE COURT

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
11/6/19 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher C. Tindell
    Debtor

Case No. 18-24237-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Nov 06, 2019
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
db            +Christopher C. Tindell,    3400 Tuscarawas Road,    Beaver, PA 15009-9151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
           Christopher M. Frye    on behalf of Debtor Christopher C. Tindell chris.frye@steidl-steinberg.com,
            julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
            ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
            inberg.com
           Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
            Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
           James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
           Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
            jbluemle@bernsteinlaw.com
           Kevin M Buttery    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com
           Kristen Wetzel Ladd    on behalf of Creditor    Citizens Bank of Pennsylvania kladd@utbf.com,
            mfraney@utbf.com
           Lauren Berschler Karl    on behalf of Creditor    U.S. Bank National Association lkarl@rascrane.com,
            lbkarl03@yahoo.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9