# PROCEEDING MEMO

Date: 02/19/2020 10:00 am

In re:   Christopher C. Tindell

                                                                   Bankruptcy No. 18-24237-CMB
                                                                   Chapter: 13
                                                                   Doc. # 43

Appearances:  Winnecour/ Pail/ Katz/ DeSimone
                ~~Christopher M. Frye~~; James C. Warmbrodt
                J. Studl

**Nature of Proceeding:** #43 Objection To Notice of Mortgage Payment Change Re: Claim 10


**Additional Pleadings:** Doc - Notice of Mortgage Payment Change (Claim #10) filed on 10/10/2019
                      #42 Objection by Debtor To Notice of Mortgage Payment Change Re: Claim 10
                      #44 Pennymac Loan Services, LLC'S Response To Debtor's Objection To The Notice of Mortgage Payment Change

**Judge's Notes:** Cont to April 15 at 10:00

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
2/19/20 5:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher C. Tindell
    Debtor

Case No. 18-24237-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Feb 19, 2020
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.
db         +Christopher C. Tindell,   3400 Tuscarawas Road,   Beaver, PA 15009-9151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:
           Christopher M. Frye    on behalf of Debtor Christopher C. Tindell chris.frye@steidl-steinberg.com,
            julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
           Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
           James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
           Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
           Kevin M Buttery    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com
           Kristen Wetzel Ladd    on behalf of Creditor    Citizens Bank of Pennsylvania kladd@utbf.com, mfraney@utbf.com
           Lauren Berschler Karl    on behalf of Creditor    U.S. Bank National Association lkarl@rascrane.com, lbkarl03@yahoo.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                   TOTAL: 9