**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Christopher C. Tindell<br>aka Christopher C. Tindell, Sr.<br>                          Debtor<br><br>Christopher C. Tindell<br>aka Christopher C. Tindell, Sr.<br>                          Movant<br><br>                          vs.<br><br>PennyMac Loan Services, LLC<br>                          Respondent | NO. 18-24237-CMB<br><br>CHAPTER 13<br><br>Related to: Document Nos. 42, 44 and 47 |

## **STIPULATION AND ORDER**

      AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

      WHEREAS, Respondent filed a Notice of Mortgage Payment Change on October 10, 2019 which increased the Debtor's monthly escrow payment from $615.36 to $816.47 (Claim 10-1);

      WHEREAS, Debtor has filed an objection to the Notice of Mortgage Payment Change (Doc. 42);

      WHEREAS, Respondent has filed a response to Debtor's objection (Doc. 44);

      WHEREAS, the prior hazard insurance policy was canceled effective October 22, 2019 and the carrier sent a pro-rated refund of the premium in the amount of $1,257.56 to the Debtor on November 21, 2019;

      WHEREAS, the Debtor cashed the refund check on or about December 6, 2019 and has retained those funds;

WHEREAS, Debtor's loan is a FHA loan requiring impounds for hazard insurance and taxes, as stated in the Notice dated February 24, 2020 which is attached hereto as Exhibit A;

WHEREAS, effective with the payment due March 1, 2020, the escrow payment on Debtor's loan has been reduced to $695.88, as evidenced by the Escrow Account Disclosure Statement dated February 19, 2020 which is attached hereto as Exhibit "B";

WHEREAS, the parties wish to resolve their disputes;

It is therefore Stipulated and agreed as follows:

1. Effective with the payment due March 1, 2020, Debtor's monthly payment on Movant's secured claim filed at Claim 3-1 shall be $2,235.29, which payment shall consist of principal and interest in the amount of $1,539.41 and escrow in the amount of $695.88.

2. As the Debtor's mortgage payment to Respondent has decreased effective with the payment due March 1, 2020, the notice required pursuant to F.R.B.P. 3002.1(b)(1) is waived.

3. Debtor's objection to the Notice of Mortgage Payment Change filed on October 10, 2019 is withdrawn.

4. The hearing in this matter scheduled for April 15, 2020 is cancelled.

Consented to by:

| | |
|---|---|
| */s/ Christopher M. Frye, Esquire* | */s/ James C. Warmbrodt, Esquire* |
| Christopher M. Frye, Esquire | James C. Warmbrodt, Esquire |
| Attorney for Debtor | KML Law Group, P.C. |
| Suite 2830 – Gulf Tower | Attorney for Movant |
| 707 Grant Street | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15219 | Philadelphia, PA 19106 |
| Phone: 412-391-8000 | Phone: 215-627-1322 |
| chris.frye@steidl-steinberg.com | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/6/20 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 18-24237-CMB
Christopher C. Tindell                                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Apr 06, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db              +Christopher C. Tindell,    3400 Tuscarawas Road,    Beaver, PA 15009-9151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
        Christopher M. Frye    on behalf of Debtor Christopher C. Tindell chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
         ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
         inberg.com
        Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
         Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
        James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Kevin M Buttery     on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com
        Kristen Wetzel Ladd    on behalf of Creditor    Citizens Bank of Pennsylvania kladd@utbf.com,
         mfraney@utbf.com
        Lauren Berschler Karl    on behalf of Creditor    U.S. Bank National Association lkarl@rascrane.com,
         lbkarl03@yahoo.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 9