**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/17/2022

IN RE:

CHRISTOPHER C. TINDELL
3400 TUSCARAWAS ROAD
BEAVER, PA 15009
XXX-XX-0878         Debtor(s)

Case No. 18-24237 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/17/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE |
| **KRISTEN LADD ESQ**<br>17 WEST GAY ST<br>POB 515<br>WEST CHESTER, PA 19381-0515 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: CITIZENS BANK/PRAE |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 10 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0586 | CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 11/18 |
| **US BANK NA****<br>PO BOX 5227<br>CINCINNATI, OH 45201-5227 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7694 | CLAIM: 0.00<br>COMMENT: R/S OE*SURR/PL*CL=$41272.81 |
| **BRIGHTON TOWNSHIP (EIT)**<br>C/O BERKHEIMER ASSOC-DLNQ CLLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0878 | CLAIM: 1,100.00<br>COMMENT: $@0%/PL*17/SCH-PL*BEAVER TWP/SCH-PL |
| **BRIGHTON TOWNSHIP (EIT)**<br>C/O BERKHEIMER ASSOC-DLNQ CLLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: | CLAIM: 200.00<br>COMMENT: $@0%/PL*17/SCH-PL*BEAVER TWP/SCH-PL |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0878 | CLAIM: 29,606.09<br>COMMENT: CL1GOV*TTL/PL=52k/PL*16-17/SCH-PL*15,17/CL |
| **OHIO DEPARTMENT OF TAXATION**<br>BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4302 | CLAIM: 410.83<br>COMMENT: 100001074302*CL11GOV*800@0%/PL*17/SCH-PL*18/CL*W/36 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA U**<br>OFFICE OF UC TAX SERVICES-COLLECTION SUP<br>651 BOAS ST - RM 924<br>HARRISBURG, PA 17121 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: | CLAIM: 3,000.00<br>COMMENT: $@0%/PL*17/SCH-PL*EMPLOYER W-H/PL |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 3-2 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0878 | CLAIM: 4,585.91<br>COMMENT: CL3GOVS*0878/47-4217681RPA*17/SCH-PL*17-18/CL*W/38*AMD |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **ARAMARK**<br>2680 PALUMBO DR<br><br>LEXINGTON, KY 40509 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6167 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0395 |
| **CHASE BANK USA NA(\*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 15,813.86<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9890 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 6,047.97<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2023 |
| **CITIZENS BANK OF PA(\*)**<br>1 CITIZENS DRIVE<br>MAILSTOP ROP15B<br><br>RIVERSIDE, RI 02915 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 30,788.28<br>COMMENT: LOAN TAKEN 7/13/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **ERIE INSURANCE**<br>COLLEGE PARK PLAZA, STE. 206<br>POB 999<br><br>JOHNSTOWN, PA 15907-0999 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MACK FINANCIAL SERVICES DIV VFS US LLC**<br>POB 26131<br><br>GREENSBORO, NC 27402 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 31,247.36<br>COMMENT: DEFICIENCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2001 |
| **MARECIC MECHANICAL REPAIR**<br>345 COLONIAL ST<br><br>NEW BRIGHTON, PA 15066 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 6,174.77<br>COMMENT: DISPUTED/SCH\*NO ACCT NUM/SCH-CL\*MULTIPLE INVOICES ATTACHED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NATIONAL HOSPITAL COLLECTIONS\***<br>16 DISTRIBUTOR DRIVE<br>STE 2<br><br>MORGANTOWN, WV 26501 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HERITAGE VLLY BVR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1501 |
| **NEXTIER BANK\***<br>SPECIAL ASSETS<br>101 E DIAMOND ST STE 110<br><br>BUTLER, PA 16001 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PILOT TRAVEL CENTER**<br>205 WILSON RD<br><br>BENTLEYVILLE, PA 15314 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HERITAGE VLLY EMRGNCY PHYS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8257 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 3,211.05<br>COMMENT: MACYS | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 2080 |
| **ZIEGLER TIRE**<br>4150 MILLENIUM BLVD<br><br>MASSILLON, OH 44646 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: N001 |
| **C TINDELL TRANSPORTATION LLC**<br>3400 TUSCARAWAS RD<br><br>BEAVER, PA 15009 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LISA TINDELL**<br>3400 TUSCARAWAS RD<br><br>BEAVER, PA 15009 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 3,221.98<br>COMMENT: NO GEN UNS/SCH*16-18/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0878 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: 3-2 | CLAIM: 1,656.04<br>COMMENT: NO GEN UNS/SCH*0878/47-4217681RPA*16-18*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0878 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX 75266-0929 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 14,242.49<br>COMMENT: 15k/PL*THRU 10/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0586 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 54.04<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3047 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **BEAVER ASD (BRIGHTON TWP) (EIT)**<br>C/O BERKHEIMER ASSOC-DLNQ CLLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: ADDED/AMD F 1/23/19*VRFY TWP! NO TWP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2017 |
| **HUMPHREY TRANSPORTATION COMPLIANCE LI**<br>PO BOX 482<br><br>HOLLAND, OH 43528 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:13 | CLAIM: 1,272.47<br>COMMENT: ADDED/AMD F 1/23/19*BIZ DEBT 9/17-10/18 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: TINDELL TRANS |
| **BEAVER ASD & BRIGHTON TWP (PERCAP)**<br>C/O BERKHEIMER ASSOC-DLNQ CLLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: 2018*ADDED/AMD F 1/23/19 @ CURR YR CLCTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2018 |
| **MANTIS FUNDING LLC**<br>64 BEAVER ST<br><br>NEW YORK, NY 10004 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: ADDED/AMD F 1/23/19*BIZ DEBT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: TINDELL TRANS |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: ADDED/AMD F 1/23/19*NATIONWIDE INS*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6234 |
| **OHIO DEPARTMENT OF TAXATION**<br>BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:11 | CLAIM: 200.00<br>COMMENT: NO GEN UNS/SCH*18*W/8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4302 |
| **RAS CITRON LLC**<br>130 CLINTON RD STE 202<br><br>FAIRFIELD, NJ 07004 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:3-2 | CLAIM: 32.87<br>COMMENT: CL3GOVS*AMD*2018 AN*W/10 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0878 |