**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| CHRISTOPHER C. TINDELL | Case No. 18-24237CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| CITIZENS BANK OF PA | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO REASON FOR THE REFUND PROVIDED, THE CLAIM HAS NOT BEEN WITHDRAWN OR AMENDED.

| | |
|---|---|
| CITIZENS BANK OF PA<br>1 CITIZENS DRIVE<br>MAILSTOP ROP15B<br>RIVERSIDE, RI 02915 | Court claim# 4/Trustee CID# 15 |

The Movant further certifies that on 04/13/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>CHRISTOPHER C. TINDELL, 3400 TUSCARAWAS ROAD, BEAVER, PA  15009 | DEBTOR'S COUNSEL:<br>CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KRISTEN LADD ESQ, 17 WEST GAY ST, POB 515, WEST CHESTER, PA  19381-0515 | ORIGINAL CREDITOR:<br>CITIZENS BANK OF PA, 1 CITIZENS DRIVE, MAILSTOP ROP15B, RIVERSIDE, R 02915 |
| :<br>UNRUH TURNER BURKE & FREES, 17 WEST GAY ST, WEST CHESTER, PA 19380-1938<br><br>NEW CREDITOR: | |