**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER C. TINDELL<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>     vs.<br>No Respondents. | Case No.:18-24237<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2024

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/31/2018  and confirmed on 12/13/18 . The case was subsequently
Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 233,760.00 |
| Less Refunds to Debtor | 3,662.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 230,097.76 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 10,869.78 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,869.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 137,977.84 | 0.00 | 137,977.84 |
|     Acct: 0586 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 14,242.49 | 14,242.49 | 0.00 | 14,242.49 |
|     Acct: 0586 | | | | |
|   US BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7694 | | | | |
| | | | | 152,220.33 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER C. TINDELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER C. TINDELL | 3,662.24 | 3,662.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIGHTON TOWNSHIP (EIT) | 1,100.00 | 1,100.00 | 0.00 | 1,100.00 |
|     Acct: 0878 | | | | |
|   BRIGHTON TOWNSHIP (EIT) | 200.00 | 200.00 | 0.00 | 200.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 29,606.09 | 29,606.09 | 0.00 | 29,606.09 |
|     Acct: 0878 | | | | |
|   OHIO DEPARTMENT OF TAXATION | 410.83 | 410.83 | 0.00 | 410.83 |
|     Acct: 4302 | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 4,585.91 | 4,585.91 | 0.00 | 4,585.91 |
|     Acct: 0878 | | | | |
|   PA DEPARTMENT OF REVENUE* | 32.87 | 32.87 | 0.00 | 32.87 |
|     Acct: 0878 | | | | |
| | | | | 38,935.70 |
| **Unsecured** | | | | |
|   ARAMARK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 6167 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0395 | | | | |
| CHASE BANK USA NA(*) | 15,813.86 | 4,164.56 | 0.00 | 4,164.56 |
| Acct: 9890 | | | | |
| LVNV FUNDING LLC | 6,047.97 | 1,592.72 | 0.00 | 1,592.72 |
| Acct: 2023 | | | | |
| CITIZENS BANK OF PA | 30,788.28 | 8,108.06 | 0.00 | 8,108.06 |
| Acct: 9062 | | | | |
| ERIE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MACK FINANCIAL SERVICES DIV VFS US I | 31,247.36 | 8,228.96 | 0.00 | 8,228.96 |
| Acct: 2001 | | | | |
| MARECIC MECHANICAL REPAIR | 6,174.77 | 1,626.12 | 0.00 | 1,626.12 |
| Acct: | | | | |
| NATIONAL HOSPITAL COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1501 | | | | |
| NEXTIER BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PILOT TRAVEL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8257 | | | | |
| ZIEGLER TIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: N001 | | | | |
| INTERNAL REVENUE SERVICE* | 3,221.98 | 848.51 | 0.00 | 848.51 |
| Acct: 0878 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,656.04 | 436.12 | 0.00 | 436.12 |
| Acct: 0878 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 54.04 | 14.23 | 0.00 | 14.23 |
| Acct: 3047 | | | | |
| BEAVER ASD (BRIGHTON TWP) (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2017 | | | | |
| BEAVER ASD & BRIGHTON TWP (PERCAP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2018 | | | | |
| MANTIS FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXRANS | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6234 | | | | |
| OHIO DEPARTMENT OF TAXATION | 200.00 | 52.67 | 0.00 | 52.67 |
| Acct: 4302 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2080 | | | | |
| HUMPHREY TRANSPORTATION COMPLIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXRANS | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KRISTEN LADD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| C TINDELL TRANSPORTATION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LISA TINDELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHULTZ  SCHNEID ET A | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 25,071.95 |

TOTAL PAID TO CREDITORS                                                                  216,227.98

TOTAL CLAIMED
PRIORITY              38,935.70
SECURED              14,242.49
UNSECURED          95,204.30


Date: 01/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br><br>    CHRISTOPHER C. TINDELL<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>                vs.<br>    No Repondents. | Case No.:18-24237<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

 AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:


_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 18-24237-CMB

Christopher C. Tindell                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                    Page 1 of 4

Date Rcvd: Jan 26, 2024                     Form ID: pdf900                          Total Noticed: 51

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher C. Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940587 | + | Aramark, 2680 Palumbo Drive, Lexington, KY 40509-1234 |
| 14982542 | + | Beaver SD/Brighton Township, 103 S. Duffy Road, Butler, PA 16001-2406 |
| 14940588 | | Beaver Township, c/o Berheimer Tax Administrator, PO Box 25158, Lehigh Valley, PA 18002-5158 |
| 14940589 | + | Beaver Township, c/o Berkheimer Tax Administrator, PO Box 25158, Lehigh Valley, PA 18002-5158 |
| 14940590 | + | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14982543 | + | Cresthill Capital LLC, Attn: Philip Scaglione, 315 Madison Avenue, Suite 4026, New York, NY 10017-5457 |
| 14982544 | + | Humphrey Transportation Compliance, LLC, PO Box 482, Holland, OH 43528-0482 |
| 14940612 | + | Lisa Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14982545 | + | Mantis Funding, LLC, 64 Beaver Street, New York, NY 10004-2508 |
| 14946250 | + | Marecic Mechanical Repair, 345 Colonial St, Fallston, PA 15066-3003 |
| 14940615 | + | Marecic Mechanical Repair, 345 Colonial Street, New Brighton, PA 15066-3003 |
| 14940618 | ++ | NEXTIER BANK, SPECIAL ASSETS, 245 PITTSBURGH RD, BUTLER PA 16001-3883 address filed with court:, Nextier Bank, PO Box 1232, Butler, PA 16003 |
| 14940616 | + | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14940617 | + | Natl Hosp Collections, Attn: Bankruptcy, 16 Distributor Dr., Ste 2, Morgantown, WV 26501-7209 |
| 14940620 | + | Pennsylvania Department of, Labor & Industry, c/o Office of Chief Counsel, 914 Penn Avenue 6th Floor, Pittsburgh, PA 15222-3713 |
| 14940622 | | Pennsylvania Department of Revenue, PO Box 280401, Harrisburg, PA 17128-0401 |
| 14940621 | + | Pennsylvania Department of Revenue, Tax payer Services, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14940625 | + | Pilot Travel Center, 5508 Lonas Drive, Knoxville, TN 37909-3221 |
| 14940632 | + | Ziegler Tire, 4150 Millennium Blvd., Massillon, OH 44646-7449 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2024 23:56:00 | Citizens Bank of Pennsylvania, 525 William Penn Place, Pittsburgh, PA 15219 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 26 2024 23:56:00 | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14982541 | | Email/Text: dltlegal@hab-inc.com | Jan 26 2024 23:56:00 | Beaver County Area School District, c/o Berkheimer, 50 North 7th St., Bangor, PA 18013-1798 |
| 14940602 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2024 23:57:31 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14940608 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2024 23:56:00 | Citizens Bank of Pennsylvania, One Citizens Way, Johnston, RI 02919 |
| 14940603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2024 23:57:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14975120 | + | Email/Text: RASEBN@raslg.com | Jan 26 2024 23:56:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

District/off: 0315-2                          User: auto                                    Page 2 of 4
Date Rcvd: Jan 26, 2024                    Form ID: pdf900                              Total Noticed: 51

| | | | | |
|---|---|---|---|---|
| 14940606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2024 23:57:28 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14940607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2024 23:57:43 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14940631 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2024 23:57:44 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14940630 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2024 23:57:44 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14976427 | | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2024 23:56:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14972650 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 26 2024 23:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14940609 | + | Email/Text: updates@brennanclark.com | Jan 26 2024 23:57:00 | Erie Insurance Company, c/o Brennan & Clark, 721 East Madison Street, Villa Park, IL 60181-3084 |
| 14940610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2024 23:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940605 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2024 23:57:25 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14940604 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2024 23:57:24 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14972672 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2024 23:57:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940614 | | Email/Text: vfs.bnc.us@volvo.com | Jan 26 2024 23:56:00 | Mack Financial Services, c/o Citi Bank, PO Box 7247-0236, Philadelphia, PA 19170-0236 |
| 14982546 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 26 2024 23:57:00 | Nationwide Insurance, c/o Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14975860 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jan 26 2024 23:57:00 | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 14940619 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jan 26 2024 23:57:00 | Ohio Dept of Taxation, Attn: Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 14946319 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14975771 | + | Email/PDF: ebnotices@pnmac.com | Jan 26 2024 23:57:28 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14940624 | + | Email/PDF: ebnotices@pnmac.com | Jan 26 2024 23:57:34 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14940623 | + | Email/PDF: ebnotices@pnmac.com | Jan 26 2024 23:57:45 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14940626 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 26 2024 23:57:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 14940627 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 26 2024 23:57:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 14974743 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2024 23:56:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14940628 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2024 23:56:00 | US Bank, Po Box 5227, Cincinnati, OH 45201 |
| 14940629 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2024 23:56:00 | Us Bank, Pobox 5229, Cincinnati, OH 45201 |

District/off: 0315-2                                     User: auto                                     Page 3 of 4

Date Rcvd: Jan 26, 2024                                 Form ID: pdf900                                 Total Noticed: 51

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 14972375 | | Mack Financial Services, a division of VFS US LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14940591 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940592 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940593 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940594 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940595 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940596 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940597 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940598 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940599 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940600 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940601 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940611 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 804522, Cincinnati, OH 45280-4522 |
| 14940613 | *+ | Lisa Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |

TOTAL: 3 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Christopher C. Tindell chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin M Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com |

District/off: 0315-2                                        User: auto                                        Page 4 of 4
Date Rcvd: Jan 26, 2024                              Form ID: pdf900                              Total Noticed: 51

Kristen Wetzel Ladd
                    on behalf of Creditor Citizens Bank of Pennsylvania kladd@utbf.com  nanderson@utbf.com

Lauren Berschler Karl
                    on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 9