IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christopher C. Tindell, ) | Case No. 18-24237 CMB |
| Debtor(s) ) | Chapter 13 |
| ) | Docket No. |
| ) | |
| ) | |
| Christopher C. Tindell, ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondent(s) ) | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 1, 2023 at docket number 58, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                            Respectfully submitted,

January 29, 2024                                            /s/ Christopher M. Frye
DATE                                                        Christopher M. Frye, Esquire
                                                            Attorney for the Debtor(s)
                                                            STEIDL & STEINBERG
                                                            Suite 2830 – Gulf Tower
                                                            707 Grant Street
                                                            Pittsburgh, PA  15219
                                                            (412) 391-8000
                                                            chris.frye@steidl-steinberg.com
                                                            PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**