**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher C. Tindell<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0878<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–24237–CMB

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Christopher C. Tindell
    aka Christopher C. Tindell Sr.

3/25/24                                                         **By the court:** Carlota M Bohm
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24237-CMB |
| Christopher C. Tindell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 25, 2024 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher C. Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940587 | + | Aramark, 2680 Palumbo Drive, Lexington, KY 40509-1234 |
| 14982542 | + | Beaver SD/Brighton Township, 103 S. Duffy Road, Butler, PA 16001-2406 |
| 14940588 | | Beaver Township, c/o Berheimer Tax Administrator, PO Box 25158, Lehigh Valley, PA 18002-5158 |
| 14940589 | + | Beaver Township, c/o Berkheimer Tax Administrator, PO Box 25158, Lehigh Valley, PA 18002-5158 |
| 14940590 | + | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14982543 | + | Cresthill Capital LLC, Attn: Philip Scaglione, 315 Madison Avenue, Suite 4026, New York, NY 10017-5457 |
| 14982544 | + | Humphrey Transportation Compliance, LLC, PO Box 482, Holland, OH 43528-0482 |
| 14940612 | + | Lisa Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14982545 | + | Mantis Funding, LLC, 64 Beaver Street, New York, NY 10004-2508 |
| 14946250 | + | Marecic Mechanical Repair, 345 Colonial St, Fallston, PA 15066-3003 |
| 14940615 | + | Marecic Mechanical Repair, 345 Colonial Street, New Brighton, PA 15066-3003 |
| 14940618 | ++ | NEXTIER BANK, SPECIAL ASSETS, 245 PITTSBURGH RD, BUTLER PA 16001-3883 address filed with court:, Nextier Bank, PO Box 1232, Butler, PA 16003 |
| 14940616 | + | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14940617 | + | Natl Hosp Collections, Attn: Bankruptcy, 16 Distributor Dr., Ste 2, Morgantown, WV 26501-7209 |
| 14940620 | + | Pennsylvania Department of, Labor & Industry, c/o Office of Chief Counsel, 914 Penn Avenue 6th Floor, Pittsburgh, PA 15222-3713 |
| 14940622 | | Pennsylvania Department of Revenue, PO Box 280401, Harrisburg, PA 17128-0401 |
| 14940621 | + | Pennsylvania Department of Revenue, Tax payer Services, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14940625 | + | Pilot Travel Center, 5508 Lonas Drive, Knoxville, TN 37909-3221 |
| 14940632 | + | Ziegler Tire, 4150 Millennium Blvd., Massillon, OH 44646-7449 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 26 2024 04:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2024 00:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2024 00:21:00 | Citizens Bank of Pennsylvania, 525 William Penn Place, Pittsburgh, PA 15219 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 26 2024 00:21:00 | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14982541 | | Email/Text: dltlegal@hab-inc.com | Mar 26 2024 00:21:00 | Beaver County Area School District, c/o Berkheimer, 50 North 7th St., Bangor, PA 18013-1798 |
| 14940602 | | EDI: CAPITALONE.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 26 2024 04:18:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14940608 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2024 00:21:00 | Citizens Bank of Pennsylvania, One Citizens Way, Johnston, RI 02919 |
| 14940603 | + | EDI: CAPITALONE.COM | Mar 26 2024 04:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14975120 | + | Email/Text: RASEBN@raslg.com | Mar 26 2024 00:21:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14940606 | + | EDI: CITICORP | Mar 26 2024 04:18:00 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14940607 | + | EDI: CITICORP | Mar 26 2024 04:18:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14940631 | | EDI: CITICORP | Mar 26 2024 04:18:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14940630 | | EDI: CITICORP | Mar 26 2024 04:18:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14976427 | | EDI: Q3G.COM | Mar 26 2024 04:19:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14972650 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 26 2024 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14940609 | + | Email/Text: updates@brennanclark.com | Mar 26 2024 00:22:00 | Erie Insurance Company, c/o Brennan & Clark, 721 East Madison Street, Villa Park, IL 60181-3084 |
| 14940610 | | EDI: IRS.COM | Mar 26 2024 04:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940605 | | EDI: JPMORGANCHASE | Mar 26 2024 04:18:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14940604 | | EDI: JPMORGANCHASE | Mar 26 2024 04:18:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14972672 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2024 00:36:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940614 | | Email/Text: vfs.bnc.us@volvo.com | Mar 26 2024 00:21:00 | Mack Financial Services, c/o Citi Bank, PO Box 7247-0236, Philadelphia, PA 19170-0236 |
| 14982546 | + | EDI: CCS.COM | Mar 26 2024 04:19:00 | Nationwide Insurance, c/o Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14975860 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Mar 26 2024 00:22:00 | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 14940619 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Mar 26 2024 00:22:00 | Ohio Dept of Taxation, Attn: Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 14946319 | | EDI: PENNDEPTREV | Mar 26 2024 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14946319 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14975771 | + | Email/PDF: ebnotices@pnmac.com | Mar 26 2024 00:36:33 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14940624 | + | Email/PDF: ebnotices@pnmac.com | Mar 26 2024 00:36:31 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14940623 | + | Email/PDF: ebnotices@pnmac.com | | |

| Recip ID | Bypass | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 26 2024 00:36:30 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14940625 | ^ | MEBN | | |
| | | | Mar 26 2024 00:20:02 | Pilot Travel Center, 5508 Lonas Drive, Knoxville, TN 37909-3221 |
| 14940626 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Mar 26 2024 00:22:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 14940627 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Mar 26 2024 00:22:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 14974743 | | EDI: USBANKARS.COM | | |
| | | | Mar 26 2024 04:19:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14940628 | | EDI: USBANKARS.COM | | |
| | | | Mar 26 2024 04:19:00 | US Bank, Po Box 5227, Cincinnati, OH 45201 |
| 14940629 | | EDI: USBANKARS.COM | | |
| | | | Mar 26 2024 04:19:00 | Us Bank, Pobox 5229, Cincinnati, OH 45201 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 14972375 | | Mack Financial Services, a division of VFS US LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14940591 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940592 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940593 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940594 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940595 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940596 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940597 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940598 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940599 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940600 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940601 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940611 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 804522, Cincinnati, OH 45280-4522 |
| 14940613 | *+ | Lisa Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |

TOTAL: 3 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024     Signature:     /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: 3180W | Total Noticed: 52 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Christopher C. Tindell chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin M Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com |
| Kristen Wetzel Ladd | on behalf of Creditor Citizens Bank of Pennsylvania kladd@utbf.com ogomez@utbf.com |
| Lauren Berschler Karl | on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9