IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CHRISTOPHER C. TINDELL<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:18-24237<br><br>Chapter 13<br><br>Document No.:　63<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __25th__ day of __March__, 20 _24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/25/24 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24237-CMB |
| Christopher C. Tindell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 25, 2024 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher C. Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940587 | + | Aramark, 2680 Palumbo Drive, Lexington, KY 40509-1234 |
| 14982542 | + | Beaver SD/Brighton Township, 103 S. Duffy Road, Butler, PA 16001-2406 |
| 14940588 | | Beaver Township, c/o Berheimer Tax Administrator, PO Box 25158, Lehigh Valley, PA 18002-5158 |
| 14940589 | + | Beaver Township, c/o Berkheimer Tax Administrator, PO Box 25158, Lehigh Valley, PA 18002-5158 |
| 14940590 | + | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14982543 | + | Cresthill Capital LLC, Attn: Philip Scaglione, 315 Madison Avenue, Suite 4026, New York, NY 10017-5457 |
| 14982544 | + | Humphrey Transportation Compliance, LLC, PO Box 482, Holland, OH 43528-0482 |
| 14940612 | + | Lisa Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14982545 | + | Mantis Funding, LLC, 64 Beaver Street, New York, NY 10004-2508 |
| 14946250 | + | Marecic Mechanical Repair, 345 Colonial St, Fallston, PA 15066-3003 |
| 14940615 | + | Marecic Mechanical Repair, 345 Colonial Street, New Brighton, PA 15066-3003 |
| 14940618 | ++ | NEXTIER BANK, SPECIAL ASSETS, 245 PITTSBURGH RD, BUTLER PA 16001-3883 address filed with court:, Nextier Bank, PO Box 1232, Butler, PA 16003 |
| 14940616 | + | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14940617 | + | Natl Hosp Collections, Attn: Bankruptcy, 16 Distributor Dr., Ste 2, Morgantown, WV 26501-7209 |
| 14940620 | + | Pennsylvania Department of, Labor & Industry, c/o Office of Chief Counsel, 914 Penn Avenue 6th Floor, Pittsburgh, PA 15222-3713 |
| 14940622 | | Pennsylvania Department of Revenue, PO Box 280401, Harrisburg, PA 17128-0401 |
| 14940621 | + | Pennsylvania Department of Revenue, Tax payer Services, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14940625 | + | Pilot Travel Center, 5508 Lonas Drive, Knoxville, TN 37909-3221 |
| 14940632 | + | Ziegler Tire, 4150 Millennium Blvd., Massillon, OH 44646-7449 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2024 00:21:00 | Citizens Bank of Pennsylvania, 525 William Penn Place, Pittsburgh, PA 15219 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 26 2024 00:21:00 | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14982541 | | Email/Text: dltlegal@hab-inc.com | Mar 26 2024 00:21:00 | Beaver County Area School District, c/o Berkheimer, 50 North 7th St., Bangor, PA 18013-1798 |
| 14940602 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2024 00:37:06 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14940608 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2024 00:21:00 | Citizens Bank of Pennsylvania, One Citizens Way, Johnston, RI 02919 |
| 14940603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2024 00:36:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14975120 | + | Email/Text: RASEBN@raslg.com | Mar 26 2024 00:21:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14940606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2024 00:37:06 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14940607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2024 00:36:31 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14940631 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2024 00:36:32 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14940630 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2024 00:36:50 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14976427 | | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2024 00:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14972650 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 26 2024 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14940609 | + | Email/Text: updates@brennanclark.com | Mar 26 2024 00:22:00 | Erie Insurance Company, c/o Brennan & Clark, 721 East Madison Street, Villa Park, IL 60181-3084 |
| 14940610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2024 00:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940605 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2024 00:36:49 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14940604 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2024 00:23:35 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14972672 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2024 00:36:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940614 | | Email/Text: vfs.bnc.us@volvo.com | Mar 26 2024 00:21:00 | Mack Financial Services, c/o Citi Bank, PO Box 7247-0236, Philadelphia, PA 19170-0236 |
| 14982546 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 26 2024 00:22:00 | Nationwide Insurance, c/o Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14975860 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Mar 26 2024 00:22:00 | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 14940619 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Mar 26 2024 00:22:00 | Ohio Dept of Taxation, Attn: Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 14946319 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14975771 | + | Email/PDF: ebnotices@pnmac.com | Mar 26 2024 00:37:10 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14940624 | + | Email/PDF: ebnotices@pnmac.com | Mar 26 2024 00:36:31 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14940623 | + | Email/PDF: ebnotices@pnmac.com | Mar 26 2024 00:36:52 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14940625 | ^ | MEBN | Mar 26 2024 00:20:03 | Pilot Travel Center, 5508 Lonas Drive, Knoxville, TN 37909-3221 |
| 14940626 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 26 2024 00:22:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 14940627 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 26 2024 00:22:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 14974743 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 26 2024 00:21:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| | | | | 45201-5229 | |
|---|---|---|---|---|---|
| 14940628 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 26 2024 00:21:00 | US Bank, Po Box 5227, Cincinnati, OH 45201 | |
| 14940629 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 26 2024 00:21:00 | Us Bank, Pobox 5229, Cincinnati, OH 45201 | |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 14972375 | | Mack Financial Services, a division of VFS US LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14940591 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940592 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940593 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940594 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940595 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940596 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940597 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940598 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940599 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940600 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940601 | *+ | C. Tindell Transportation, LLC, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |
| 14940611 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 804522, Cincinnati, OH 45280-4522 |
| 14940613 | *+ | Lisa Tindell, 3400 Tuscarawas Road, Beaver, PA 15009-9151 |

TOTAL: 3 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Christopher C. Tindell chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |

| | |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin M Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com |
| Kristen Wetzel Ladd | on behalf of Creditor Citizens Bank of Pennsylvania kladd@utbf.com ogomez@utbf.com |
| Lauren Berschler Karl | on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9